FILED: February 27, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2275

_____

KRISTIN COSBY,

      Plaintiff – Appellant,

v.

SOUTH CAROLINA PROBATION, PAROLE & PARDON SERVICES,

      Defendant – Appellee.

_____

O R D E R

_____

The court amends its opinion filed February 27, 2024, as follows:

Starting with footnote 16, the document formatting is adjusted to ensure the correct internal cross-references between the majority and dissenting opinions.

      For the Court—By Direction

      /s/ Nwamaka Anowi, Clerk